UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAMON SILVA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DILEEP SREEDHARAN, et al.,<br><br>　　　　　　　Defendant. | CASE NO. 3:22-cv-05086-RSM-BAT<br><br>**ORDER DISMISSING WITH PREJUDICE** |

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, any objections to that, and the remaining record, the Court finds and ORDERS:

　　(1)　The Court ADOPTS the Report and Recommendation.

　　(2)　The case is dismissed with prejudice.

　　(3)　The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

//

//

//

ORDER DISMISSING WITH PREJUDICE - 1

1 | DATED this 31ˢᵗ day of March, 2022.

　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING WITH PREJUDICE - 2